EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
California Bar No. 222875
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3172
    Facsimile:  (213) 894-7177
    E-mail:  Katie.Schonbachler@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$20,000.00 IN FUNDS,<br><br>Defendant. | No. CV 15-04943-RGK (SSx)<br><br>[~~PROPOSED~~]<br><br>**DEFAULT JUDGMENT OF FORFEITURE**<br><br>Hearing Date:  November 30, 2015<br>Hearing Time:  9:00 a.m.<br>Courtroom:  850<br>Before The Honorable R. Gary Klausner, United States District Court Judge |

      This action arose from the Verified Complaint for Forfeiture ("Complaint") filed herein on June 30, 2015.  Notice of this action has been given in the manner required by law.  Fidelis Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor, David Lerner and Associates, Inc., nor any other potential claimant has appeared by filing a Statement identifying his rights or interests with this Court.  Further, Fidelis Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor,

David Lerner and Associates, Inc., nor any other potential claimant has filed an Answer to the Complaint or otherwise defended its interest, if any, in the defendant $20,000.00 in Funds ("defendant funds").  Therefore, the Court deems that potential claimants Fidelis Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor, David Lerner and Associates, Inc., and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimants Fidelis Negbenebor, Sophia Negbenebor, Bridget Negbenebor, Candice Negbenebor, David Lerner and Associates, Inc., and all other potential claimants in and to the defendant funds is condemned and forfeited to the United States of America.

DATED: December 01, 2015

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented by:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
_____
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA